AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

ROBERT J. FOLKS and
LAURA K. SIMMONS,

Plaintiffs,

v.

VIRGIL BROWN & ASSOCIATES, et al.,

Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV424-133

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order of the Court dated July 18, 2024, Plaintiff's amended complaint is dismissed. This case stands closed.

Approved by: _____
CHRISTOPHER L. RAY
United States Magistrate Judge
Southern District of Georgia

July 18 2024
*Date*

John E. Triplett, Clerk of Court
*Clerk*

_____
(By) Deputy Clerk

GAS Rev 10/2020